**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **MICHAEL WILLIAMS,** § | |
| **TDCJ # 780798,** § | |
| *Plaintiff,* § | |
| § | Civil Action No. 6:16-CV-391 |
| **v.** § | |
| § | |
| **BRYAN JURSS, ET AL.,** § | |
| *Defendants.* § | |

# EXHIBIT A

*Plaintiff's Complaint*

Cause No. 2016-2675-5

MICHAEL WILLIAMS                §   IN THE DISTRICT COURT OF
TDCJ-ID# 780798                 §
    Plaintiff,          §
                                §
v.                              §   McCLENNAN COUNTY, TEXAS
                                §
BRYAN K. JURSS, JOSHUA E. WATSON,§
WARDEN WERNER, JULIE R. HOPKINS,§
JO A. OHLAKAKA, & RICHARD HARVEY.§
    Defendants.         §   ____ JUDICIAL DISTRICT

FILED 2016 JUL 20 AM 8:55

## PLAINTIFF'S COMPLAINT WITH VERIFICATION

**Preliminary Statement**

This PLAINTIFF'S COMPLAINT WITH VERIFICATION is a civil rights action filed by Michael Williams, TDCJ-ID# 780798, hereinafter, "Plaintiff". Plaintiff is a state prisoner seeking damages under 42 U.S.C. § 1983, with the claims of the First Amendment, the Eight Amendment, and the Fourteenth Amendment to the United States Constitution.

**Jurisdiction**

1. The Court has jurisdiction over the Plaintiff's claims for the violations of federal constitutional rights under 42 U.S.C. §§ 1983, 1331(a), 1343, and 28 U.S.C. § 1333.

**Parties**

2. The Plaintiff, Michael Williams, TDCJ-ID# 780798, was incarcerated at the Hughes Unit during the time of the described events.

3. Defendant Bryan K. Jurss is a correctional officer employed at the Hughes Unit. He is being sued in his individual capacity.

4. Defendant Joshua E. Watson is a correctional officer employed at the Hughes Unit. He is being sued in his individual capacity.

1 of 5

5. Defendant Warden Werner is the Warden employed at the Hughes Unit. He is being sued in his individual capacity.

6. Julie R. Hopkins, is a sergant employed at the Hughes Unit. She is being sued in her individual capacity.

7. Jo A. Ohlakaka is a correctional officer in charge of the Property Room. She is being sued in her individual capacity.

8. Defendant Richard Harvey is a Captain in charge of hearing disciplinary cases at the Hughes Unit. He is being sued in his individual capacity.

9. All the defendants have acted, and continue to act, under color of state law at the time relevant to the Plaintiff's Complaint with Verification.

10. All of the defendants can be served with summons at:

        Hughes Unit
        Rt 2, Box 4400
        Gatesville, Texas 76597

11. All of the defendants named in the above are public vessels employed by the State of Texas, which is a set aside fenced territory of the United States.

12. On 2/17/16, at about 1:00 pm, at the Hughes Unit, I told Sgt. Hopkins that I felt a chill of being harrassed because of the law suit I've filed (Michael Williams v. Howard Bennett, Case No. 2010-2389-5). I notified her that I had just been shook down (searched) in the Unit's annual shake-down, and three days prior to me talking to her, I was shook down without me being present.

13. On 2/18/16, I was shook down again, and all of my legal papers were disarranged, which further gave me the chill that my legal mail was read.

14. On 2/23/16, at about 2:00 pm, I was searched for the fifth time in eight days. When I came from lunch, I saw Jures reading my legal mail, and Watson dumping the contents in my medicine bag into my authorized-Native-American-plastic bag.

2 of 5

15. Watson ignored the authorization form, which instructs officers to "visual inspect only." When I notified Jurss and Watson of their fault, they became malious towards me and ordered me to sit in the dayroom.

16. After the search, I went back to my cubical and found all of my property and legal work disarranged and damaged.

17. About five minutes later, while I was still putting my property up, Sgt. Hopkins came and ordered me to put my hands behind my back. She handcuffed me and took me to segregation. While I was being handcuffed, I informed her that all my property was out and unsafe. Her reply was "they'll get it."

18. The officers then made everybody go to their cubicals, and then they later came with some dogs to sniff through my property and commissary. Doing this whole time, my property was out in the open and vulnerable to offenders.

19. My property was finally packed up about a hour or so later.

20. On approximately 2/24/16, Officers Jurss and Watson served me two cases. Jurss then handcuffed me, and told me to sit on my bunk. Jurss then told me if I "suck [his] dick" he would get rid of the higher offense. When I refused, he repeatedly slapped me in the face until I complied.

21. Officer Watson stood there and watched the whole incident with a smirk on his face, and refused to help.

22. Jurss then made the Plaintiff eat a Snicker candy bar as a means to destroy evidence.

23. The officers refused to give Plaintiff any of his property or legal material. I was handed only some paper and a pen, which wasn't mine.

24. I had written the Warden, and the property officer for help, but my attemps were ignored. They even refused to give Plaintiff his medicine out the property.

3 of 5

25. On about 3/2/16, I was forced to attend the disciplinary hearing without my rule book or any legal research, because it was all in my property.

26. Capt. Harvey found me guilty, and told the counsel substitute to change my PHD status to transit overflow. This was done so that he wouldn't have to give me credit for being in PHD.

27. After about three weeks, the property officer, Ms. Ohlakaka, finally decided to give me some of my property back. However, she improperly used the sizing bin on me. She tried to make me put my legal material, educational books, commissary, and non-conbustable items in the small sizing bin. I explained to her that those items are exempt from the bin, she became malious, and threaten to throw it all away. So she still has a lot of my property.

**Claims for Relief**

28. Sgt. Hopkins knew about the repetive searches, the reading of the legal mail, and the Plaintiff's property being left out, but she refused to remedy the problem. She is being sued for the violations of the First Amendment and the Eight Amendment to the United States Constitution.

29. Officer Watson knew he wasn't suppose to touch Plaintiff's religous item, and was an accomplice to the sexual assult. He is being sued for the violation of the First Amendment, and the Eight Amendment to the United States Constitution, and the Religious Freedom Restoration Act, and the Religious Land Use and Institutionalized Persons Act.

30. Officer Jurss read Plaintiff legal mail, without Plaintiff being present. Jurss sexually assulted Plaintiff. Jurss is being sued for the violation of the First Amendment, and the Eight Amendment to the United States Constitution.

31. Mrs. Ohlakaka knew Plaintiff's medication (blood presure medicine) was in

4 of 5

his property, but she refused to give Plaintiff his medication. She didn't give Plaintiff *his* property in accordance to the rules of TDCJ-ID, and improperly used the sizing bin. She is in violation of the Eight Amendment, and the Fourteenth Amendment to the United States Constitution.

32. Capt. Harvey knew Plaintiff was in PHD, but falsified documents to punish Plaintiff more serverely, and the evidence presented to disciplinary Plaintiff constitutes no evidence. Harvey is being sued for the violations of the Eight Amendent, and the Fourteenth Amendment to the United States Constitution.

33. Warden Werner knew about the repetitive searches, and knew Plaintiff's medication (High-blood presure) was in his property, but he failed to remedy the problem. He is being sued for the violation of the Eight Amendment to the United States Constitution.

**Relief Requested**

WHEREFORE, Plaintiff request that the court grant the following relief:

A. Award compensatory damages jointly and severally in the sum that is in excess of the trial court's minimum jurisdiction, and that is within the maximum jurisdictional limits each defendant.

B. Award punitive damages jointly and severally in the sum that is in excess of the trial court's minimum jurisdiction, and that is within the maximum jurisdictional limits against the defendants.

Dated: 6/24/16

Respectfully submitted,

Michael Williams
TDCJ-ID# 780798
Pro se Plaintiff

5 of 5

VERIFICATION

STATE OF TEXAS       )
                     )  ss: VERIFICATION OF MICHAEL WILLIAMS
COUNTY OF CORYELL    )

I, Michael Williams, being duly sworn, deposes and says that deponent is the Plaintiff in the above-encaptioned proceeding, that he has read the foregoing complaint and know the contents thereof, that the same is true to deponent's own knowledge, except as to matters therein stated upon information and belief, which matters deponent believes to be true.

Under both federal law (28 U.S.C. § 1746), and state law (V.T.C.A. Civil Practice & Remedies Code, 132.001-132.003), I, Michael William, being presently confined at the Hughes Unit in Coryell County, Texas declare under the pains and penalties of perjury, that the foregoing is true and correct.

Executed on this 24th day of June, 2016.

                                                 Pro se Plaintiff
                                                Michael Williams
                                                TDCJ-ID# 780798
                                                Hughes Unit

ATTACHMENTS:                               Rt 2, Box 4400
Step-1 Grievance                       Gatesville, Texsa 76597
Step-2 Grievance                       (254) 865-6663
Affidavit of Previous Filings
Financial Statement
Affidavit of Indigentcy
Unsworn Declaration of Grievance Filings
Affidavit of Jarmon Smith (Witness Statement)

```
IN THE TEXAS STATE    )
OF THE                )  ss    AFFIDAVIT OF JARMON SMITH
CORYELL COUNTY        )
```

#1931699

I, Jarmon Smith, the Undersigned, do hereby affirm the following is true and correct:

I am over the age of 18, and competent to testify to my first-hand knowledge of the facts herein.

On or about 2/24/16, at about 3:30pm, I heard officer Jurss Watson talking to Michael Williams about something, which I believe was a case, and then I heard slaps and groans from Williams' cell (28). I then heard two officers laughing, and Michael Williams crying.

                                          Respectfully submitted,

                                        Jarmon Smith #1931699  5-16-16
                                        Jarmon Smith
                                        TDCJ-ID# 1931699
                                        Hughes Unit
                                        Rt.2, Box 4400
                                        Gatesville, Texas 76597
                                        (254) 865-6663

## CERTIFICATE OF SERVICE

This is to certify that I, Michael Williams, TDCJ-ID# 780798 has sent the foregoing Plaintiff's Complaint with Verification, Michael Williams's Unsworn Declaration of Previous Filings, Unsworn Declaration of Grievance Filings, Affidavit of Indigentcy, a six month financial statement, a 42 U.S.C. § 1983 form, and the Affidavit of Jarmon Smith to the address below, by placing same in the Hughes Unit's mail box with pre-paid postage, on this 24th day of June, 2016, addressed to:

McLennan County District Clerk
P.O. Box 2451
Waco, Texas 76701

/s/ *[signature]*
Michael Williams